**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Ikeef Brailsford, Appellant,

v.

South Carolina Department of Probation, Parole and Pardon Services, Respondent.

Appellate Case No. 2014-002640

───────────────

Appeal From The Administrative Law Court
S. Phillip Lenski, Administrative Law Judge

───────────────

Unpublished Opinion No. 2016-UP-240
Submitted January 1, 2016 – Filed June 1, 2016

───────────────

**AFFIRMED**

───────────────

Ikeef Brailsford, pro se.

Assistant General Counsel Tommy Evans, Jr., of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

───────────────

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Rowe v. Hyatt*, 321 S.C. 366, 369, 468 S.E.2d 649, 650 (1996) ("In interpreting a statute, words must be given their plain and ordinary meaning without resorting to subtle or forced construction to limit or expand the statute's

operation."); S.C. Code Ann. § 16-1-90(A) (Supp. 2015) (stating distribution of crack cocaine, third or subsequent offense, is a Class A felony); S.C. Code Ann. § 24-13-100 (2007) ("[A] 'no parole offense' means a class A, B, or C felony . . . which is punishable by a maximum term of imprisonment for twenty years or more."); S.C. Code Ann. § 44-53-375(B) (Supp. 2015) ("Notwithstanding any other provision of law, a person convicted and sentenced pursuant to this subsection for a third or subsequent offense in which all prior offenses were for possession of a controlled substance pursuant to subsection (A), may have the sentence suspended and probation granted and is eligible for parole, supervised furlough, community supervision, work release, work credits, education credits, and good conduct credits.  In all other cases, the sentence must not be suspended nor probation granted.").

**AFFIRMED.**[1]

**HUFF, A.C.J., and WILLIAMS and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.